E-filing

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

FILED
08 MAY -1 PM 3:35
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. OF CALIFORNIA

Dear Sir or Madam:

Your action has been filed as a civil case number CV 08 2280.

CW

It appears that you have not attached a complaint or petition to your other pleadings.

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

(PR)

Sincerely,
RICHARD W. WIEKING, Clerk

By /s/ _____
Deputy Clerk

MARTIN

CERT. OF FUNDS
(IFP Application / letter / no complaint)
(blank complaint form / petition attached)

Rev. 10/07