**FILED**

JUL 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEAN MARTIN Plaintiff,

vs.

ROBERT L. AYERS Defendant.

CASE NO. CV-08-02280-CW

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, DEAN MARTIN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                Yes ___ No ✗
10         self employment
11     b.   Income from stocks, bonds,             Yes ___ No ✗
12         or royalties?
13     c.   Rent payments?                         Yes ___ No ✗
14     d.   Pensions, annuities, or                Yes ___ No ✗
15         life insurance payments?
16     e.   Federal or State welfare payments,     Yes ___ No ✗
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.   Are you married?                           Yes ___ No ✗
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.   a.   List amount you contribute to your spouse's support: $ _____

IS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?    Yes ____ No ✗
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?    Yes ____ No ✗
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ____ No ✗ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No ✗ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ✗
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _____    Utilities: _____
23 Food: $ _____    Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _____        $ _____        $ _____
27 _____        $ _____        $ _____
28 _____        $ _____        9.  Do

US. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 3 -

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No __X__

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7-18-08                          Dean Martini
DATE                             SIGNATURE OF APPLICANT

1
2                                              Case Number: CV08-02280CW
3
4
5
6
7
8
9                          CERTIFICATE OF FUNDS
10                                    IN
11                           PRISONER'S ACCOUNT
12
                                    F49697
13   I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of DEAN MARTIN for the last six months
15   at
16                              [prisoner name]
17   SAN QUENTIN STATE PRISON where (s)he is confined.
18          [name of institution]
19          I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ 15.00 and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $ 15.00.
22
23   Dated: 7/17/08                          _____
24                                           [Authorized officer of the institution]
25
26
27
28

```
REPORT ID: TS3030  .701                                          REPORT DATE: 07/17/08
                                                                 PAGE NO:          1
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SAN QUENTIN PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: FEB. 17, 2008 THRU JUL. 17, 2008

ACCOUNT NUMBER : F49697                    BED/CELL NUMBER: H 0400000000018U
ACCOUNT NAME   : MARLIN, DEAN                      ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                           TRUST ACCOUNT ACTIVITY

  DATE   TRAN
         CODE  DESCRIPTION    COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

02/17/2008     BEGINNING BALANCE                                                  9.58
02/19  FC02  DRAW-FAC 2       32203/H3RD                            9.58          0.00
03/17  D300  CASH DEPOSIT     35956/MAIL              40.00                       40.00
03/24  FC02  DRAW-FAC 2       3717/H 3RD                           20.00          20.00
04/21  FC02  DRAW-FAC 2       4130/H 3RD                           20.00           0.00
07/10  D300  CASH DEPOSIT     0137MAILRM              50.00                       50.00

                         TRUST ACCOUNT SUMMARY

          BEGINNING    TOTAL      TOTAL       CURRENT    HOLDS     TRANSACTIONS
          BALANCE      DEPOSITS   WITHDRAWALS BALANCE    BALANCE   TO BE POSTED
          ---------    --------   ----------- -------    -------   ------------
             9.58       90.00        49.58      50.00      0.00        0.00

                                                      CURRENT
                                                      AVAILABLE
                                                      BALANCE
                                                      ---------
                                                         50.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 7/17/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY TRUST OFFICE



DEAN MARTINI F49697
San Quentin State
San Quentin, CA 94964

Office of the Clerk US. District Court
Northern District of California
1301 Clay St, Suite 400s
Oakland, CA 94612-5212



