NC

8-21-08

I DEAN martin will be getin out 8-24-08 so here s my New Address

DEAN martin    CASE NO. C08-02280 CW
4813 mission #101
SF. CA 94112

**FILED**
AUG 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dean Martin Furcat
Bay Quentin State
San Quentin, CA 94974



Office of the Clerk U.S District court
Northern District of California
1301 Clay St. Suite 400 s
Oakland, CA 94612-5212

94607$3529 C027

LEGAL MAIL



02 1M
0004248283
MAILED FROM ZIP CODE 94964
$ 00.42⁰
AUG 22 2008
PITNEY BOWES
UNITED STATES POSTAGE

Case 4:08-cv-02280-CW    Document 7-2    Filed 08/25/2008    Page 2 of 2